IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KELLY RODGERS,** *et al.*                                                                                              **PLAINTIFFS**

v.                                    CASE NO. 4:22-CV-00174-BSM

**ADELI REVOLORIO-
BARRIENTOS,** *et al.*                                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE